**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ OCT 22 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

ROBERT SIMELS, an attorney
admitted to practice before this Court,
                      Respondent.

------------------------------------------------------------X

MISC 10 -MC- 0731 (BMC)

COGAN, J.

**BEFORE THE GRIEVANCE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

      Respondent, having been convicted of a felony in federal court (see CR-08-640 EDNY),

      IT IS ORDERED, pursuant to Local Rule 1.5 that respondent, be and hereby is disbarred from the practice of law before this Court and that respondent's name be stricken from the Roll of Attorneys of this Court. This order shall become effective 24 days after the date of service upon said attorney unless otherwise modified or stayed.

      The docketing clerk is directed to mail a copy of the within to respondent and to close the within action without prejudice to reopening the matter upon application of respondent.

      SO ORDERED.

Dated:     Brooklyn, New York
            Oct. 22, 2010

_____
BRIAN M. COGAN, U.S.D.J.
Chairman of the Committee on
Grievances, E.D.N.Y.